**Daniel L. Miranda, Esq. SBN 021938**
**MIRANDA LAW**
**5080 N. 40th Street, Suite 265**
**Phoenix, AZ  85018**
**Tel: (480) 719-8482**
**dan@mirandalawpc.com**

**Jonathan L. Hilton, Esq. (Ohio 0095742)**
**Partner | Hilton Parker LLC**
**Tel: (614) 992-2277**
**Fax: (614) 927-5980**
**7658 Slate Ridge Blvd.**
**Reynoldsburg, OH 43068**
**jhilton@hiltonparker.com**
**Admitted *Pro Hac Vice***

*Attorneys for Plaintiff Advance Realty LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| Advance Realty, LLC | Case No. 2:25-cv-02420-DJH |
| *Plaintiff,*<br>vs. | Judge Diane J Humetewa |
| John Doe d/b/a SubordinateCapitalApe,<br><br>*Defendant.* | |

## NOTICE OF SETTLEMENT

Plaintiff Advance Realty, LLC hereby notifies the Court that it has settled in principle with the Defendant, and the parties are reducing their agreement to a signed writing.  Plaintiff anticipates filing a notice of dismissal with prejudice within 14 days.

Dated:  January 5, 2026.

By: s/ Jonathan Hilton
Jonathan Hilton (0095742)
HILTON PARKER LLC
7658 Slate Ridge Blvd
Reynoldsburg, OH 43068-3156
Tel: (614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com
*Attorney for Plaintiff*

[ 1 ]