# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advance Realty LLC, | No. CV-25-02420-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, | |
| Defendant. | |

This matter is before the Court on the Notice of Settlement (Doc. 12), filed on January 5, 2026.  Accordingly,

**IT IS ORDERED** that this matter will be dismissed with prejudice within 30 days of the date of this Order unless a notice of dismissal is filed prior to the dismissal date.

Dated this 5th day of January, 2026.

Honorable Diane J. Humetewa
United States District Judge