# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advance Realty LLC, | No. CV-25-02420-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Party, | |
| Defendant. | |

Pursuant to the parties' Notice of Settlement (Doc. 12) and the Court's January 5, 2026, Order (Doc. 13),

**IT IS ORDERED** this action is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 6th day of February, 2026.

Honorable Diane J. Humetewa
United States District Judge